THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANGELO TUMINARO, Appellant.— Appeal by defendant from an order of the County Court, Kings County, denying his application in the nature of a writ of error *coram nobis* to vacate a judgment of conviction, rendered November 11, 1930, on the ground that he was not then represented by counsel and was not advised of his right to be so represented. Order affirmed. No opinion. Nolan, P. J., Adel, Wenzel, MacCrate and Beldock, JJ., concur.

■

HENRY W. SIEGEL, JR., Plaintiff, v. CHARLES FINNERMAN, Defendant.— Submission of controversy upon an agreed statement of facts dismissed, without costs. Plaintiff, after subdividing a tract of land for development thereof as a single-family residential community, and after having sold certain plotted portions thereof by deeds, all of which contained a restriction against construction of buildings other than a single-family residence on each lot, contracted to sell a portion of the tract to defendant without such restriction. In the absence of the grantees who had purchased parcels which had been subjected to, and who thus have an interest in, the uniform plan of development, as parties to this submission, the court refuses to render a declaratory judgment. (*Manhattan Stor. & Warehouse Co.* v. *Movers Assn.,* 289 N. Y. 82, 88; *Wood* v. *City of Salamanca,* 289 N. Y. 279; *Laver* v. *City of Utica,* 268 App. Div. 1022; *Cadman Memorial Cong. Soc. of Brooklyn* v. *Kenyon,* 279 App. Div. 1015.) Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ.

■

(October 13, 1953.)

■

MYRTLE A. ESSEX, Respondent, v. WEBSTER B. ESSEX et al., Appellants.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Beldock, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Wenzel, Acting P. J., MacCrate, Schmidt and Beldock, JJ. [See *ante,* p. 715.]

■

In the Matter of the Application of BROOKLYN BAR ASSOCIATION. MICHAEL LEKACOS, an Attorney.— Motion for stay of pending motion to confirm the Official Referee's report granted. Motion to remit the proceeding to Honorable JOHN B. JOHNSTON, Official Referee, granted. The proceeding is remitted for the purpose of taking such further proof as may be adduced by both parties and for the making of a supplemental report by the Referee. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Beldock, JJ.

■

ALDINE METAL PRODUCTS CORPORATION, as Assignee of MURRAY STEIN and Others, Copartners Doing Business under the Name of ALDINE METAL PRODUCTS COMPANY, Respondent, v. BOGERT AND CARLOUGH COMPANY, Appellant.— In an action to recover damages for breach of contract, the defendant appeals from a judgment in favor of the plaintiff entered after a jury trial. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Schmidt, JJ. [See *post,* p. 958.]